# **EXHIBIT A**



**Kelly Benefits**
P.O. Box 1907
Suwanee, GA 30024

18 1 6725 ******************AUTO**5-DIGIT 21009
Brittany Parks



Enrollment Code
To Enroll, Scan the QR Code Below:

SCAN ME

Or Visit:
https://app.idx.us/account-creation/protect

April 9, 2025

Dear Brittany Parks:

Kelly & Associates Insurance Group, Inc. ("Kelly Benefits") which provides benefit enrollment services to its customers, including University of Maryland Medical System writes to inform you of a recent incident that may impact some of your information. We are providing you with an overview of the incident, our response, and resources to help further protect your information, should you feel it necessary to do so.

**What Happened?** Kelly Benefits recently learned of suspicious activity within our environment. We immediately launched an investigation, with the assistance of third-party forensic specialists, to determine the nature and scope of the activity. Our investigation determined our environment was subject to unauthorized access between December 12, 2024 and December 17, 2024 and certain files were copied and taken. We then began a time-intensive and detailed review of all files affected by this event to determine what information was present in the impacted files and to whom it related. You are receiving this letter because, on March 3, 2025 we completed this review and determined that your information was present in one or more of the impacted files. After completing this review, we provided notice to University of Maryland Medical System and offered to provide you with notice.

**What Information Was Involved?** Kelly Benefits determined that the following information related to you was present on the impacted files: your name and Social Security number.

**What We Are Doing.** We take the security of information in our care and our systems very seriously. Upon discovery, we immediately commenced an investigation to confirm the nature and scope of the incident. In addition, we reported this matter to the Federal Bureau of Investigation. As is our typical practice, we will continue to review our already robust security policies, procedures, and tools as part of our ongoing commitment to information security.

Kelly Benefits is providing you with access to 12 months of credit monitoring and identity protection services through IDX at no cost to you. A description of services and instructions on how to enroll can be found within the enclosed *Steps You Can Take to Further Protect Your Information*. Please note that you must complete the enrollment process for yourself, as we are not permitted to enroll you in these services on your behalf.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors. Please also review the enclosed *Steps You Can Take to Further Protect Your Information*, which includes additional information on what you can do to protect your information against misuse, should you feel it necessary to do so.

Internal ID #: